**Order filed December 8, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00968-CR

_____

### GUADALUPE WALLY RODRIGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 209th District Court
Harris County, Texas
Trial Court Cause No. 1481921**

## ORDER

On December 1, 2016, the district clerk filed seven original trial exhibits on CDs and DVDs. This court copied those exhibits into our electronic filing and case management computer system. The copy of State's Exhibit 108 on the court's computer system is unplayable. The copies of the other six exhibits are playable.

Accordingly, the district clerk is ordered to file a playable version of State's Exhibit 108 by **December 23, 2016**.

PER CURIAM